FILED

MAY 12 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 381 |
| vs. ) | Violation: Title 18, United States |
| JACQUELYN PORTER ) | Code, Section 641 |

JUDGE GETTLEMAN

MAGISTRATE JUDGE KEYS

The UNITED STATES ATTORNEY charges:

Beginning in or around November 2003, continuing to in or around May 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JACQUELYN PORTER,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to the United States, namely, approximately $42,090.80 in funds administered by the Social Security Administration as part of its Widows' Benefits program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

UNITED STATES ATTORNEY