


FILED
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**08CR 381**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

JUDGE GETTLEMAN

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

MAGISTRATE JUDGE KEYS

3) Is this a re-filing of a previously dismissed indictment or information?     NO X  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     NO X  YES ☐

6) What level of offense is this indictment or information?     **FELONY X**     **MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?     NO X  YES ☐

8) Does this indictment or information include a conspiracy count?     NO X  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances .. (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
   | ☐ Bank robbery ......... (II) | X Other Fraud ......... (III) | ☐ Immigration Laws ......... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ......... (IV) |
   | ☐ Assault ............ (III) | ☐ Forgery ......... (III) | ☐ Motor Carrier Act ......... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC 641

_____
Special Assistant United States Attorney

(Revised 12/99)