# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 381-1 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Jacquelyn Porter | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Information. 16.1A conference to be held by 5/28/08. Pretrial motions to be filed by 6/11/08. Status hearing set before Judge Gettleman on 6/17/08 at 9:15 a.m. Time is excluded pursuant to 18:3161(h)(1). Detention hearing held. The Defendant is ordered released. *AK*

Docketing to mail notices.

00:08;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|