# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of  US v. Jacquelyn Porter

Case Number: 08 CR 381
08cr 381

**FILED**
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Jacquelyn Porter

**(A)**
- SIGNATURE: Thomas C. Gibbons
- NAME: Thomas A. Gibbons
- FIRM: Kreiter and Gibbons + Assoc.
- STREET ADDRESS: 70 W. Hubbard St #302
- CITY/STATE/ZIP: Chicago, IL 60610
- TELEPHONE NUMBER: 312 222 0001
- IDENTIFICATION NUMBER: 3124351
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐

**(B)**, **(C)**, **(D)**: blank

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.