AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.                                                            **WAIVER OF INDICTMENT**

JACQUELYN PORTER                    CASE NUMBER: 08 CR 381

I, _Jacquelyn Porter_, the above named defendant, who is accused of

**stealing and knowingly converting to her own use $42,090.80, in violation of Title 18, United States Code, Section 641**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/21/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Jacquelyn Porter_
Defendant

_/s/ Thomas C. Gibbons_
Counsel for Defendant

Before _Arlander Keys, 5/21/08_
Judicial Officer

FILED
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT