# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                Case No.: 1:08–cr–00381
                Honorable Robert W. Gettleman

Jacquelyn Porter

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 6/17/2008 is stricken. Change of Plea Hearing is set for 6/24/2008 at 10:00 a.m. The Court deems the period of time from 6/17/2008 through 6/24/2008 excludable under 18 USC Sect. 3161(h)(8)(b)(IV). Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.