## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 381 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA    vs    Jacqueline Porter | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to the 1 count criminal information. Defendant advised of her rights. Enter finding of guilty. Cause referred to probation dept. for pre-sentence investigation and report. The probation officer will give copies of any documents used to compute criminal history and offense level to counsel for all parties on request. Sentencing is set for 9/9/2008, at 10:00 a.m.

[Docketing to Mail Notices]

00:29

| | Courtroom Deputy Initials: | GDS |
|---|---|---|